**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Hector Maximo CARRION,**
**Defendant-Appellant.**

**No. 15-14575**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Filed (January 19, 2017)

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, Michael C.

---

Bagge-Hernandez, Robert P. Barclift, U.S. Attorney's Office, Fort Myers, FL, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Hector Maximo Carrion, Miami, FL, for Defendant-Appellant

Before HULL, WILSON and JULIE CARNES, Circuit Judges.

PER CURIAM:

Lee Hollander, appointed counsel for Hector Maximo Carrion in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Carrion's conviction and sentence are **AFFIRMED**.